UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| BENTINA DUCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:15-cv-00155-TAV-HBG |
| | ) |
| USABLE LIFE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff, Bentina Duck, and defendant, USAble Life Insurance Company, being all parties who have appeared in this civil action, hereby stipulate, as is evidenced by the signatures of their respective counsel below, that this civil action may be dismissed, with prejudice, and without an award of fees or costs of any type whatsoever to either party.

It is so stipulated:

| MCMAHAN LAW FIRM, LLC | LATHROP & GAGE LLP |
|---|---|
| /s/ *D. Seth Holliday* | /s/ *S. Russell Headrick* |
| D. Seth Holliday (TN 23136) | S. Russell Headrick (TN5750) |
| 700 S. Thornton Avenue | 2345 Grand Boulevard, Suite 2200 |
| P.O. Box 1607 | Kansas City, Missouri 64108-2618 |
| Dalton, Georgia 30722 | Telephone: (816) 292-2000 |
| Telephone: (706) 217-6118 | Telecopier: (816) 292-2001 |
| Telecopier: (706) 217-6880 | rheadrick@lathropgage.com |
| Email: sholliday@mcmahanfirm.com | |
| | ATTORNEYS FOR DEFENDANT |
| ATTORNEYS FOR PLAINTIFF | USAble Life Insurance Company |